BONNIE SIMON *v.* HERBERT LEROY SIMON

The motion by the firm Goldstein and Peck for permission to withdraw its appearance on behalf of the plaintiff in the appeal from the Superior Court in Fairfield County is granted.

*Michael A. Meyers,* in support of the motion.

Submitted November 20—decided December 3, 1975

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's motion for judgment in the appeal from the Superior Court in Hartford County is denied.

*Nina B. Varley,* pro se, the appellant (defendant).

*Joel M. Ellis,* for the appellee (plaintiff).

Argued December 4—decided December 4, 1975

KLAUS HIRNSCHAL ET AL. *v.* CITY OF HARTFORD

The plaintiffs' motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Ronald E. Cassidento,* for the appellees (plaintiffs).

*Alexander A. Goldfarb,* corporation counsel, for the appellant (defendant).

Argued December 2—decided December 5, 1975

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's request that this court direct the *Hon. John R. Thim,* state referee, to hear her "Motion to Settle Title to Land and Propriety of the Filing. of this Judgment in the Newington Town Land. Records" is denied.

*Nina B. Varley,* pro se, in support of the motion.

Submitted November 18—decided December 5, 1975